Respondent-Appellant. [625 NYS2d 965] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN ORTIZ, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 966] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. PULLUIAM, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 966] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHANE SEARCHFIELD, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Parole, Respondent-Appellant. [625 NYS2d 966] —Judgment reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH SMITH, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 967] —Judgment unanimously

reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JERRY SUMERISKI, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 967] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL USHER, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 967] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN VIRGIL, Appellant-Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent, and RONALD WHITE, as Area Supervisor of the New York State Division of Parole, Respondent-Appellant. [625 NYS2d 968] —Judgment unanimously reversed on the law and petition dismissed. Same Memorandum as in *People ex rel. Bronson v Meloni* (213 AD2d 1056 [decided herewith]). (Appeals from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN RYNSKI, Appellant. [625 NYS2d 980] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Cosgrove, J.—Robbery, 1st Degree.) Present—Denman, P. J., Lawton, Wesley, Doerr and Boehm, JJ.